UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-21202-CIV-UNGARO/O'SULLIVAN

KENNETH BURGOS,
    Plaintiff,

v.

SIT CORPORATION a/k/a
SYRACUSE INTERNATIONAL
TECHNOLOGIES,
    Defendant.
_____/

**ORDER**[1]

THIS MATTER came before the Court on the Joint Stipulation of Final Dismissal with Prejudice and Retention of Jurisdiction (DE# 27, 8/1/19) filed by the parties. The parties "request [that] the Court enter an Order Dismissing this cause with Prejudice and retaining jurisdiction to enforce the terms of said Settlement Agreement." Id. On June 24, 2019, the Court entered an Order stating, in part, as follows: "The case is DISMISSED WITH PREJUDICE. The Court will retain jurisdiction until August 8, 2019 to enforce the terms of the settlement." Order Affirming Magistrate Judge's Report (DE# 26, 6/24/19). Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' request for an order of dismissal and retention of jurisdiction to enforce the settlement terms is **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida this **2nd** day of August, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] "At the June 6, 2019 fairness hearing, the parties consented to magistrate judge jurisdiction for all further proceedings including any enforcement Motions." Order Approving Settlement Agreement and Recommending that the Case Be Dismissed with Prejudice (DE# 25, 6/6/19).